```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/16/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
D.F., on behalf of herself and her minor child, A.F.,   :
:
Plaintiffs,   :
:   24-cv-3087 (LJL)
-v-   :
:   ORDER
NEW YORK CITY DEPARTMENT OF EDUCATION,   :
THE BOARD OF EDUCATION OF THE CITY   :
SCHOOL DISTRICT OF THE CITY OF NEW YORK,   :
CHANCELLOR DAVID BANKS, in his official   :
capacity, and THE CITY OF NEW YORK,   :
:
Defendants.   :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

  As stated at the July 16, 2025 status conference and on the consent of the parties, discovery in this case is hereby STAYED to facilitate settlement discussions between the parties. A new status conference is scheduled for September 9, 2025 at 3:00 PM in Courtroom 15C, 500 Pearl Street, New York, NY 10007.

  The parties are further ORDERED to file a letter by September 5, 2025 updating the Court regarding the status of settlement negotiations. The letter should note in particular whether the parties have reached a settlement in principle with respect to terms that do not require approval from the N.Y.C. Comptroller's Office. If the parties have not reached such an agreement, they will submit a proposed case management plan by September 5, 2025.

  SO ORDERED.

Dated: July 16, 2025
   New York, New York
                  LEWIS J. LIMAN
                  United States District Judge