# THE LAW OFFICE OF
# ELISA HYMAN, P.C.

October 29, 2025

BY ECF
Hon. Lewis J. Liman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> The Plaintiff's request is granted. The Conference will now take place on December 16, 2025, at 12:00 pm.
> Date: October 30, 2025
> SO ORDERED.
> LEWIS J. LIMAN
> United States District Judge

Re: *D.F., et al., v. New York City Department of Education et al.,*
24-cv-3087 (LJL) (HJR)

Dear Judge Liman:

I represent Plaintiffs in the above-referenced action. I am writing to respectfully request a 45-day adjournment of the conference scheduled for tomorrow, October 29, 2025 to December 12, 2025, or a date in time thereafter that is convenient to the Court, as well as an extension of the stay until the date on which the conference is rescheduled. Defendants do not object to the request for the adjournment and join in the request for a continued stay.

Plaintiffs and Defendants remain interested in settlement and require more time to have meaningful settlement discussions. I provided a partial settlement proposal to Defendants' counsel on September 5, 2025, which did not include Plaintiffs' request for attorneys' fees. I anticipate providing Defendants' counsel with a proposal on attorneys' fees by the end of this week.[1]

Please disregard ECF No. 49, as the incorrect letter was filed. I will contact ECF to have it removed. I regret any confusion this caused.

Thank you for Your Honor's consideration of this request.

Respectfully Submitted,

*/s/ Elisa Hyman*
_____
Elisa Hyman
*Counsel for the Plaintiffs*

cc: Nicholas Tambone

---

[1] My office has continued to experience staffing/health issues since my last letter. I tore a ligament in my right (dominant) hand and was in a splint for two weeks which severely compromised my ability to work and was sick for two weeks.

1115 BROADWAY, 12TH FLOOR
NEW YORK, NY 10001

40 WEST 24TH STREET
NEW YORK NY 10010

WWW.SPECIALEDLAWYER.COM