

**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**NICHOLAS R. TAMBONE**
Assistant Corporation Counsel
Phone: (212) 356-8767
Email: ntambone@law.nyc.gov

March 13, 2026

**By ECF**

Hon. Lewis J. Liman
U.S. District Court, Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

**Re:**    *D.F. v. New York City Dep't of Educ.*, **No. 24-cv-03087-LJL**

Dear Judge Liman:

This Office represents Defendants in this action. I write jointly with counsel for Plaintiff to respectfully request that the Court reschedule the in-person status conference currently scheduled for March 16, 2026, and continue the discovery stay in this case *sine die* while the parties work toward settlement.

Plaintiff's counsel is unavailable to attend an in-person conference on March 16 due to an out-of-state commitment. (Plaintiffs' counsel has advised that if the Court would prefer not to adjourn Monday's hearing, either she or another attorney from her firm will appear at the scheduled time.) The parties are available on March 20, March 26, or the morning of March 27, 2026, should the Court wish to reschedule the conference in the near term.

However, the parties respectfully submit that a longer adjournment of 45 days, to on or about April 30, 2026, would better serve the interests of judicial economy. Since the parties appeared for a status conference on July 16, 2025, the parties have jointly requested, and the Court granted, four prior adjournments to allow the parties to continue focusing on settlement discussions. (ECF Nos. 48, 51, 53, 55.) In early September 2025, Plaintiffs submitted a substantive settlement demand. On November 14, 2025, Plaintiffs submitted their attorneys' fees demand, completing their settlement ask. Defendants are currently preparing a settlement memorandum for submission to the New York City Comptroller's Office and intend to make substantial progress toward that submission in the coming weeks. A 45-day adjournment would allow Defendants additional time to finalize the memo and obtain settlement authority.

Hon. Lewis J. Liman
Page 2

The parties thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Nicholas R. Tambone*

Nicholas R. Tambone
Assistant Corporation Counsel

cc:    Counsel of record (by ECF)

The request for an adjournment is GRANTED.  The conference is rescheduled for April 29, 2026, at 10:00 a.m.
Date: March 13, 2026

SO ORDERED.

LEWIS J. LIMAN
United States District Judge