UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

D.F., et al.,

                      Plaintiffs,

     -v-

New York City Department of Education, et al.,

               Defendants.

------------------------------------------------------------------------X

24-cv-3087 (LJL)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/15/2026

LEWIS J. LIMAN, United States District Judge:

The Court will hold a telephonic conference in this matter on July 30, 2026 at 11:00 a.m. The parties are instructed to dial 646-453-4442 and input access code 358639322.  The parties are instructed to submit a joint letter by July 24, 2026 indicating the status of settlement discussions.

Plaintiffs shall submit any motion to file an amended complaint by October 26, 2026.

SO ORDERED.

Dated: June 15, 2026
      New York, New York

_____
          LEWIS J. LIMAN
       United States District Judge